**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

OPTIC153 LLC,

Plaintiff,

v.

DISH NETWORK CORPORATION, DISH NETWORK L.L.C., AND DISH NETWORK SERVICE L.L.C.

Defendants.

**Civil Action No. 6:21-cv-00091-ADA**

**JURY TRIAL DEMANDED**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Optic153 LLC ("Plaintiff") hereby files this Notice of Voluntary Dismissal of Defendants Dish Network Corporation, Dish Network L.L.C., and Dish Network Service L.L.C. ("Defendants") pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendants have not yet answered the Complaint. Accordingly, Plaintiff voluntarily dismisses Defendants without prejudice pursuant to Rule 41(a)(1).

Dated: April 26, 2021

DEVLIN LAW FIRM LLC

/s/ *Alex Chan*

Alex Chan (State Bar No. 24108051)
achan@devlinlawfirm.com
Timothy Devlin (to be admitted)
tdevlin@devlinlawfirm.com
1526 Gilpin Avenue
Wilmington, DE 19806
Phone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff*
*OPTIC153 LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on April 26, 2021.

*/s/ Alex Chan*
Alex Chan